IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUL 28 AM 11: 27
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

V.                                                                          05-20226-Ml

ARGUESS BAKER

## ORDER ON ARRAIGNMENT

This cause came to be heard on ___07-21-05___, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME ___JUNI GANGULL___ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

___ The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

___S. Thomas Anderson___
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:922(g);

U. S. Attorney assigned to Case: S. Hall

Age: 26

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___7-28-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CR-20226 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT